| | |
|---|---|
| 1 | **JENNY L. FOLEY, Ph.D., ESQ.** |
| | Nevada Bar No. 9017 |
| 2 | **HKM EMPLOYMENT ATTORNEYS LLP** |
| 3 | 1785 E. Sahara Ave, Suite 325 |
| | Las Vegas, NV 89104 |
| 4 | Tel: (702) 625-3893 |
| | Fax: (702) 625-3893 |
| 5 | E-mail: jfoley@hkm.com |
| | *Attorney for Plaintiff* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WAYNE WOLF, An Individual | ) | CASE NO. **2:18-cv-139** |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATION TO VACATE DISMISSAL ORDER AND JUDGMENT, RESET HEARING, AND REFERRING MATTTER TO MAGISTRATE JUDGE TO RESCHEDULE EARLY NEUTRAL EVALUATION** |
| vs. | ) | |
| NEVADA PROPERTY 1 LLC, a Foreign Limited Liability Company d/b/a THE COSMOPOLITAN OF LAS VEGAS, DOES I-X, ROE CORPORATIONS I-X. | ) | |
| | ) | [ECF No. 12] |
| Defendants. | ) | |

COMES NOW, the Plaintiff, WAYNE WOLF ("Wolf"), by and through his attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, NEVADA PROPERTY 1 LLC ("NEVADA PROPERTY"), by and through its attorney, LISA A. MCCLANE, ESQ., of JACKSON LEWIS P.C., hereby stipulate and agree as follows:

1. That the Court vacate its Order Granting Unopposed Motion to Dismiss and re-set a time for the hearing on the Defendant's Motion to Dismiss. The reason for this request is that the parties had agreed to stipulate to extend the time for Opposition of the Motion to

Dismiss until April 5, 2018. The underlying stipulation was based on Plaintiff's counsel having a family emergency which necessitated the extension of time. Unfortunately, in the ensuing time frame, due to the foregoing family emergency and an unusually heavy schedule, counsel was unable to coordinate and submit a stipulation prior to the court entering the order.

2. The parties further stipulate and agree that the Plaintiff's Opposition to the Motion to Dismiss will be due on April 5, 2018. The hearing on the Motion to Dismiss should be moved to May 7, 2018 or May 14, 2018, but not the 21st of May, 2018 (as defense counsel is in trial), or as soon thereafter as the court may entertain the Motion to Dismiss.

3. The parties further stipulate and agree that the Early Neutral Evaluation should be re-set to some date after May 22, 2018 at the Court's convenience. The parties note that the ENE was previously set for May 31, 2018 which remains convenient for all parties.

Dated this  5th  day of April 2018.                              Dated this  5th  day of April 2018.

**HKM Employment Attorneys LLP**                        **Jackson Lewis P.C.**


_/s/ Jenny L. Foley_                                                         _/s/ Lisa. A. McClane_
Jenny L. Foley, Esq.                                                          Lisa A. McClane, Esq.
Nevada Bar No. 9017                                                        Nevada Bar No. 10139
1785 East Sahara Ave, Suite 325                                     3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89104                                                Las Vegas, NV 89169
*Attorney for Plaintiff*                                                         *Attorneys for Defendant*

**ORDER**

Good cause and excusable neglect appearing, IT IS HEREBY ORDERED that **[ECF No. 12]** the parties' stipulation to vacate the order granting defendant Nevada 1 Property, LLC's motion to dismiss and the Clerk of Court's entry of judgment in favor of Nevada 1 Property, LLC **is GRANTED**. The order granting the dismissal motion **[ECF No. 10] and** the Clerk of Court's entry of judgment in favor of Nevada 1 Property, LLC **[ECF No. 11] are VACATED**.

IT IS FURTHER ORDERED that a hearing on Nevada 1 Property, LLC's motion to dismiss **[ECF No. 6] is set for May 14, 2018, at 2 p.m.**, in Courtroom 6D.

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Leen to reschedule the Early Neutral Evaluation.

Dated: April 17, 2018

_____
U.S. District Judge Jennifer A. Dorsey