# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WAYNE WOLF,

    Plaintiff(s),

v.

NEVADA PROPERTY 1, LLC,

    Defendant(s).

Case No.: 2:18-cv-00139-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby ORDERED to file, no later than June 11, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: June 4, 2018

                                                      NANCY J. KOPPE
                                                    United States Magistrate Judge